# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AQUAVIT HOLDINGS, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>HUONS BIOPHARMA CO., LTD.,<br><br>                Defendant. | Civil Action No:<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Aquavit Holdings, LLC ("Plaintiff") hereby identifies its parent corporation and any publicly held corporation owning 10% or more of its stock as follows:

(1) Aquavit Holdings, LLC has no parent corporation;

(2) no publicly held corporation owns 10% or more of its stock; and

Plaintiff further states that it is a privately held Bahamian International Business Company (IBC) incorporated in the Commonwealth of The Bahamas with its principal place of business at Aquavit Holdings LLC, Charlotte House, 1st Floor, Shirley & Charlotte Streets, Nassau, The Bahamas.

| | |
|---|---|
| Dated: June 17, 2025<br><br>Of Counsel:<br><br>Michael S. DeVincenzo<br>Charles Wizenfeld<br>King & Wood Mallesons LLP<br>500 5th Avenue, 50th Floor<br>New York, New York 10110<br>(212) 319-4755<br>michael.devincenzo@us.kwm.com<br>charles.wizenfeld@us.kwm.com | Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/ Michael J. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market Street, 12th Floor<br>Wilmington, Delaware 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br>*Attorneys for Plaintiff Aquavit Holdings, LLC* |