**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

AQUAVIT HOLDINGS, LLC,

Plaintiff,

v.

HUONS BIOPHARMA CO., LTD.,

Defendant.

Civil Action No: 25-748-UNA

**JURY TRIAL DEMANDED**

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S MOTION TO SEAL COMPLAINT AND EXHIBIT A TO COMPLAINT**

Upon Consideration of Plaintiff's Motion to Seal Complaint and Exhibit A to Complaint (the Motion"),

IT IS HEREBY ORDERED that the Motion is GRANTED. The Complaint and Exhibit A shall be sealed.

IT IS HEREBY FURTHER ORDERED that Plaintiff shall file a redacted version within 7 days.

Date: June 17, 2025

The Honorable Jennifer L. Hall
United States District Court Judge