IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUONS BIOPHARMA CO., LTD., <br> *Plaintiff*, <br> v. <br> AQUAVIT HOLDINGS, LLC, a Nevada limited liability company, <br> *Defendant*. | C.A. No. 1:25-CV-00636-RGA |
| AQUAVIT HOLDINGS, LLC, a Bahamas international business company, <br> *Plaintiff*, <br> v. <br> HUONS BIOPHARMA CO., LTD., <br> *Defendant*. | C.A. No. 1:25-CV-00748-RGA |

**ORDER**

Upon consideration of Plaintiff Huons BioPharma Co. Ltd.'s ("Plaintiff") Amended Motion to Consolidate (the "Motion"), and the supporting brief, declaration, and exhibits, the Court finds that good cause has been shown for the relief requested.

**IT IS HEREBY ORDERED** that the Clerk of Court will consolidate *Huons Biopharma Co., Ltd. v. Aquavit Holdings, LLC,* Case No. 25-cv-636-RGA, and *Aquavit Holdings, LLC v. Huons Biopharma Co., Ltd.*, Case No. 25-cv-748-RGA. Civil Action 25-636-RGA shall be deemed the Lead case and all future filings are to be made on that docket only.

IT IS SO ORDERED on this   21st   day of   October  , 2025.

/s/ Richard G. Andrews
UNITED STATES DISTRICT COURT JUDGE